UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

14CV8761

John Doe, A.K.A. Jose Barrientos
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

New York City Police Department
Police Officer Augustine Gonzalez
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☑ Yes   ☐ No
(check one)

RECEIVED
OCT 29 2014
PRO SE OFFICE

## I. Parties in this complaint:

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name  John Doe A.K.A. Jose Barrientos
ID # 349-13-08953
Current Institution  Brooklyn House of Detention
Address  275 Atlantic Ave.
Brooklyn, N.Y. 11201

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1  Name  New York City Police Dept.  Shield # _____
Where Currently Employed _____
Address _____

*Rev. 05/2010*                                   1

Defendant No. 2   Name Police officer Augustine Gonzalez Shield # 4096
Where Currently Employed Housing Borough Manhattan Impact Response Tea
Address New York, N.Y.

Defendant No. 3   Name _____ Shield # ____
Where Currently Employed _____
Address _____

Defendant No. 4   Name _____ Shield # ____
Where Currently Employed _____
Address _____

Defendant No. 5   Name _____ Shield # ____
Where Currently Employed _____
Address _____

## II.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what area did the events giving rise to your claim(s) occur? Third avenue, between 103rd St & 104th St. in the County of New York.

B.   Where is the approximate location did the events giving rise to your claim(s) occur? The exact location that the event took place is a clothing store in the above stated area.

C.   What date and approximate time did the events giving rise to your claim(s) occur? The event took place on July 4th, 2013 at or around 7:40 p.m.

D. Facts:

*What happened to you?*

On July 4th, 2013 in a clothing store located on Third Avenue between 103rd St and 104th St., I was ~~shot~~ intoxicated and in my possession I was wielding a bike chain because a short time before some individuals robbed me for my bike and I ~~had~~ used the chain to ward off the robbers.

*Who did what?*

Shortly after, police officers arrived while I was still caught up in the emotional turmoil of the robbery. The officers directed me to drop the chain and before I can do so Officer Augustine Gonzalez shield #4096, used excessive force to detain me by shooting me in the

*Was anyone else involved?*

stomach area. After I was shot, I was also maced in the face and repeatedly punch and kicked by Officer Gonzalez and his partners.

*Who else saw what happened?*

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I was shot in the stomach and had to have surgery immediately after the incident and I also had to have stiches placed on the gashes as a result of the punches and kicks I received from the officers.

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____  No ✓

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). N/A

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure? N/A

Yes ____ No ____ Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____ No ____ Do Not Know ____ N/A

If YES, which claim(s)? ____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____ No ____ N/A

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____ No ____ N/A

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? N/A

1. Which claim(s) in this complaint did you grieve? ____ N/A

2. What was the result, if any? N/A

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. N/A

F. If you did not file a grievance: N/A

1. If there are any reasons why you did not file a grievance, state them here: ____

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: **N/A**

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. **N/A**

**Note:** You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

### V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I would like the courts to compensate me for the amount of $600,000.00 for the emotional and physical duress I experienced do to the excessive amount of force that was used to detain me.

### VI. Previous lawsuits:

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____  No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit: N/A

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

 If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

**On other claims**

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes ____ No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit: N/A

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

 If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

*Rev. 05/2010*                                              6

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 25th day of October, 2014.

Signature of Plaintiff  x DOE, JOHN
Inmate Number  349-13-08953
Institution Address  Brooklyn House of Detention
275 Atlantic Ave.
Brooklyn, N.Y. 11201

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 25th day of October, 2014, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:  x DOE, JOHN